### GREIMEL v. O'CONOR.

(Supreme Court, Appellate Division, First Department.   June 25, 1909.)

Appeal from Special Term, New York County.

Action by Frank Greimel against John C. O'Conor. From an order granting an injunction pendente lite, defendant appeals. Affirmed as modified.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

J. C. O'Conor, in pro. per.

Louis Boehm, for respondent.

PER CURIAM.   The order should be modified, by requiring the plaintiff, as a condition of continuing the injunction, to give a bond in the penalty of $2,500, in the event of plaintiff succeeding in the action, conditioned for the payment of the rent of the property for the period in which he remains in possession thereof, or, in the event of defendant succeeding, conditioned for the payment of the value of the use and occupation of the property, not less than $100 per month, and of the costs of this action; such bond to be executed by a surety company, or by two sufficient sureties, to be approved by a justice of this court.

As so modified, the order is affirmed, without costs.